**LAW OFFICES OF ALAN ADELMAN**
ALAN ADELMAN (STATE BAR NO. 170860)
alan@alanadelmanlaw.com
240 Stockton Street, 4th Floor
San Francisco, CA 94108
Telephone: 415.956.1376
Facsimile: 415.358.4060
Attorneys for Plaintiff
MARTHA GARDNER

**HEWLETT-PACKARD COMPANY**
DARIN JONES (STATE BAR NO. 306188)
darin.jones@hpe.com
3000 Hanover Street, Mailstop 1050
Palo Alto, CA 94304-1112
Telephone: 650.236.7009

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
8/2/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GARDNER,<br>Plaintiff,<br>v.<br>HEWLETT-PACKARD COMPANY,<br>Defendant. | Case No. 5:15:cv-04190-EJD<br>**STIPULATION OF DISMISSAL** |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this lawsuit is hereby dismissed with prejudice.

DATED: July 25, 2016

LAW OFFICES OF ALAN ADELMAN

By: /s/ Alan Adelman
ALAN ADELMAN
Attorney for Plaintiff

DATED: July 25, 2016

HEWLETT-PACKARD COMPANY

By: /s/ Darin Jones
DARIN JONES
Attorneys for Defendant